Certificate Number: 15322-NYS-CC-036619173



15322-NYS-CC-036619173

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 15, 2022, at 2:13 o'clock PM CDT, Mark S Acker received from 1$ Wiser Consumer Education, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Southern District of New York, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   June 15, 2022          By:     /s/Richard Reibeling

                               Name:   Richard Reibeling

                               Title:  Certified Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).