UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

MARK STEVEN ACKER,

                   Debtor.

------------------------------------------------------------X

Chapter 11
Case No. 22-22359 (SHL)

# ORDER DENYING MOTION OF CREDITORS KAREN ACKER AND DAVID ACKER TO CONVERT THE DEBTOR'S CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C. §1112(b)

**UPON** the motion dated July 29, 2022 (the "Motion") of creditors Karen Acker and David Acker (the "Creditors"), by their attorneys, Davidoff Hutcher & Citron LLP, for entry an order converting the Chapter 11 case of Mark Steven Acker (the "Debtor") to a case under Chapter 7 pursuant to 11 U.S.C. § 1112 (b); and after due and sufficient notice of the Motion; and the Debtor having opposed the relief requested in the Motion (the "Objection"); and upon the record of the hearing held on September 14, 2022; and, after due deliberation _**and for the reasons stated on the record at the hearing**_; and good and sufficient cause appearing, it is hereby

**ORDERED**, that the Motion is denied, without prejudice _**to reasserting in the future consistent with the guidance provided by the Court at the hearing**_.

Dated: White Plains, New York
       September 19, 2022

                                               _/s/ Sean H. Lane_
                                               UNITED STATES BANKRUPTCY JUDGE