Jonathan L. Flaxer, Esq.
Moshie Solomon, Esq.
GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP
711 Third Avenue
New York, New York 10017
Telephone: (212) 907-7300
Facsimile: (212) 754-0330

*Proposed Substitute Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
::
In re : Chapter 7
:
MARK STEVEN ACKER, : Case No. 22-22359 (SHL)
:
Debtor. :
:
-------------------------------------------------------------X

## CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL

Notice is hereby given that, subject to approval by this Court, debtor Mark Steven Acker substitutes Jonathan L. Flaxer, Esq. and Moshie Solomon, Esq. of Golenbock Eiseman Assor Bell & Peskoe LLP ("**GEABP**") as counsel of record in place of Julie Cvek Curley, Esq. and Dawn Kirby, Esq. of Kirby Aisner & Curley LLP solely in the captioned bankruptcy case.[1]

Contact information for new counsel is as follows:

> GOLENBOCK EISEMAN ASSOR
> BELL & PESKOE LLP
> 711 Third Avenue
> New York, New York 10017
> Telephone: (212) 907-7300
> Facsimile: (212) 754-0330
> Email: jflaxer@golenbock.com
> msolomon@golenbock.com

---

[1] For the sake of clarity, GEABP is substituting as counsel for the Debtor solely in the captioned bankruptcy case, and is not substituting as counsel for the Debtor nor representing the Debtor in any pending adversary proceedings arising in or related to the captioned bankruptcy case.

I consent to the above substitution.

Date: May 31, 2023          /s/ Mark Steven Acker
                            Mark Steven Acker, Debtor


I consent to being substituted.

Date: May 31, 2023          /s/ Julie Cvek Curley
                            Julie Cvek Curley, Esq.
                            Dawn Kirby, Esq.
                            KIRBY AISNER & CURLEY LLP
                            700 Post Road
                            Suite 237
                            Scarsdale, NY 10583
                            Telephone: (914) 401-9500


I consent to the above substitution.

Date: May 31, 2023          /s/ Jonathan L. Flaxer
                            Jonathan L. Flaxer, Esq.
                            Moshie Solomon, Esq.
                            GOLENBOCK EISEMAN ASSOR
                            BELL & PESKOE LLP
                            711 Third Avenue
                            New York, New York 10022
                            Telephone: (212) 907-7300


The substitution of counsel is hereby approved and SO ORDERED.

Date: June 8, 2023          */s/ Sean H. Lane*
                            HONORABLE SEAN H. LANE