UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re: : Chapter 7
:
MARK STEVEN ACKER, : Case No. 22-22359 (SHL)
:
Debtor. :
------------------------------------------------------------ x

## ORDER AUTHORIZING THE TRUSTEE TO RETAIN
## MYC & ASSOCIATES, INC. AS PROPERTY MANAGER

Upon the application (the "Application") dated June 23, 2023 of Howard P. Magaliff, the chapter 7 trustee (the "Trustee") of the above-named Debtor, for authority to retain MYC & Associates, Inc. ("MYC") as property manager for the real property at 47 Tranquility Road, Suffern,, NY (the "Property") pursuant to § 327(a) of the Bankruptcy Code, 11 U.S.C. § 327(a), Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2014-1; and upon the Affidavit of Marc Yaverbaum (the "Yaverbaum Affidavit") submitted in compliance with the Local Rules of this Court; and it appearing that MYC is disinterested within the meaning of § 101(14) of the Bankruptcy Code and that MYC does not represent any interest adverse to the estate; and notice being adequate and sufficient; and the United States Trustee having no objection to the entry of this Order; and sufficient cause appearing, it is

**ORDERED** that the Application is granted as set forth herein; and it is further

**ORDERED** that, pursuant to 11 U.S.C. § 327(a), the Trustee be, and hereby is authorized to employ MYC as manager for the Property in this case effective as of October 13, 2022 to perform the services and on the terms set forth in the Application and the Yaverbaum Affidavit; and it is further

**ORDERED** that MYC shall be compensated at its customary hourly rates in effect at the time its services are rendered in accordance with the procedures set forth in sections

330 and 331 of the Bankruptcy Code, such Bankruptcy Rules as may then be applicable and any procedures established by order of this Court, and shall keep time records of those services in tenths of an hour; and it is further

**ORDERED** that MYC's fees for services of $3,000 shall be capped at $3,000 monthly plus reimbursement of necessary out-of-pocket disbursements. MYC's cap may be increased upon application to the Court on notice to the U.S. Trustee, and Court approval.

Dated: White Plains, New York
July 12, 2023

*/s/ Sean H. Lane*
Hon. Sean H. Lane
United States Bankruptcy Judge

**NO OBJECTION:**
William K. Harrington
United States Trustee
By:

/s/ Paul Schwartzberg
Paul Schwartzberg, Trial Attorney
Dated: June 23, 2023