KIRBY AISNER & CURLEY LLP  *Hearing Date: September 6, 2023*
*Attorneys for the Chapter 11 Debtor*  *Hearing Time: 10:00 a.m.*
700 Post Road, Suite 237  *Via Zoom for Government*
Scarsdale, New York 10583
Tel: (914) 401-9500
Julie Cvek Curley, Esq.
jcurley@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

MARK STEVEN ACKER.,

                     Debtor.
-------------------------------------------------------------X

Chapter 7
Case No. 22-22359 (SHL)

## NOTICE OF HEARING TO CONSIDER FINAL APPLICATION FOR ALLOWANCE OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

**PLEASE TAKE NOTICE**, that upon the application of Kirby Aisner & Curley LLP, rendering services with respect to the above captioned debtor during his Chapter 11 proceeding, a hearing shall be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court, **via Zoom for Government**, on the **6th day of September, 2023 at 10:00 a.m.,** or as soon thereafter as counsel may be heard, to consider the final application pursuant to Sections 330 and 503(b) of the Bankruptcy Code (the "Application") of the following professional:

| Applicant & Nature of Representation | Compensation Requested | Unreimbursed Expenses | Period of Request |
|---|---|---|---|
| Kirby Aisner & Curley, LLP *Attorneys for the Chapter 11 Debtor* | $88,400.50[1] | $2,273.62 | 06/15/2022 – 03/10/2023 |

---

[1] Against the fees and expense sought by Kirby Aisner & Curley LLP, $24,920.00 was previously received as a pre-petition net retainer.

1

**PLEASE TAKE FURTHER NOTICE**, that in light of the COVD-19 pandemic, all hearings will be conducted telephonically pending further order of this Court. This hearing shall take place virtually using *ZOOM for Government*. Parties that wish to appear at the hearing are required to register their appearance by 4:00 PM the day before the scheduled hearing by utilizing the Electronic Appearance Portal https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl located on the Court's website.

**PLEASE TAKE FURTHER NOTICE**, that the Application is on file with the Office of the Clerk of the Bankruptcy Court at the address stated above and may be examined on the Court's website www.nysb.uscourts.gov/ (PACER password and login are required) or may be obtained from the undersigned upon written request.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Application must be made in writing, filed with the Court on the Court's Electronic Case Filing System, at www.ecf.nysb.uscourts.gov (login and password required), with a copy delivered directly to Chambers and served upon: Kirby Aisner & Curley, LLP, 700 Post Road, Suite 237, Scarsdale, New York 10583, Attn: Julie Cvek Curley, Esq., so as to be filed and served no later than seven (7) days prior to the hearing date.

Dated: Scarsdale, New York
      July 27, 2023

    KIRBY AISNER & CURLEY, LLP
    *Attorneys for the Chapter 11 Debtor*
    700 Post Road, Suite 237
    Scarsdale, New York 10583
    Tel: (914) 401-9500
    jcurley@kacllp.com

    By: */s/ Julie Cvek Curley*
        Julie Cvek Curley, Esq.