R3M Law, LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
646.453.7851
Howard P. Magaliff

*Attorneys for Howard P. Magaliff, Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                              :
                                                    :        Chapter 7
MARK STEVEN ACKER,                                  :        Case No. 22-22359 (SHL)
                                                    :
                               Debtor.              :
-------------------------------------------------------------x

## NOTICE OF CHAPTER 7 TRUSTEE'S INTENT TO
## ABANDON PROPERTY OF THE BANKRUPTCY ESTATE

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

      **PLEASE TAKE NOTICE** that in accordance with 11 U.S.C. § 554(a) and Rule

6007 of the Federal Rules of Bankruptcy Procedure, Howard P. Magaliff, the chapter 7 trustee

(the "Trustee") of the estate of Mark Steven Acker (the "Debtor"), intends to abandon the es-

tate's right, title and interest in and to the property on the attached Schedule 1 (the "Property").

The Trustee has determined in the exercise of his business judgment that there is inconsequential

value in the Property to administer for the benefit of creditors.

      **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Trustee's

proposed abandonment of the Property must be in writing and filed with the United States Bank-

ruptcy Court for the Southern District of New York, with a copy to (i) the Hon. Sean H. Lane,

United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601; (ii) Howard P.

Magaliff, Trustee, R3M Law, LLP, 335 Madison Avenue, New York, NY 10017, and (iii) the

Office of the United States Trustee, Alexander Hamilton Custom House, One Bowling Green,

Suite 534, New York, NY 10004, Attn: Paul Schwartzberg, Esq. so as to actually be received by no later than **5:00 p.m. on November 30, 2023** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if any objections are timely filed, a hearing to consider such objections may be scheduled by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that if no objections are received by the Objection Deadline, the abandonment of the Property will be effective as of 12:01 a.m. on December 1, 2023 without further notice or order of the Bankruptcy Court in accordance with applicable bankruptcy law.

Dated:   New York, New York            R3M Law, LLP
        November 15, 2023            Attorneys for the Trustee
                                        By:

                                        /s/ Howard P. Magaliff
                                        Howard P. Magaliff, Trustee
                                        335 Madison Avenue, 9th Floor
                                         New York, NY 10017
                                         646.453.7851
                                         *hmagaliff@r3mlaw.com*

4891-9184-1169, v. 1

## **SCHEDULE 1**

# Schedule of Personalty

### (47 Tranquility Road, Suffern, NY)

| INDEX | QTY. | DESCRIPTION |
|---|---|---|
| 1 | 1 | Sno-Way Snow Plow |
| 2 | 1 | Ping Pong Table |
| 3 | LOT | Asst. Folding Tables |
| 4 | 1 | Harley Davidson Police Motorcycle (Damaged from Crash) |
| 5 | 3 | Asst. Tool Chests |
| 6 | LOT | Asst. Tools (mechanical, hand and battery operated) |
| 7 | 1 | Set of Golf Clubs w/ Bag |
| 8 | LOT | Asst. Household Furniture, Tables, Chairs, Sofas, etc. |
| 9 | 1 | Culligan Water Cooler |
| 10 | 1 | SS DCS Outdoor Barbecue |
| 11 | LOT | Asst. Artwork |
| 12 | 1 | Bose Speaker |
| 13 | 1 | Computer Rack |
| 14 | 1 | PlayMaster Pool Table |
| 15 | 1 | Treadmill |
| 16 | 1 | Precor Exercise Machine |
| 17 | 1 | Pacific Fitness Complete Workout Bench |
| 18 | LOT | Asst. TV's |
| 19 | 1 | Jeweler's Safe |

# Schedule of Personalty

### (47 Tranquility Road, Suffern, NY)

| INDEX | QTY. | DESCRIPTION |
|-------|------|-------------|
| 20 | 1 | Wine Rack |
| 21 | LOT | Asst. Wine |
| 22 | LOT | Ammunition |
| 23 | LOT | Asst. Guns |
| 24 | 1 | Watchwinder |
| 25 | 1 | Baldwin Acrosonic Piano |