DAVIDOFF HUTCHER & CITRON LLP  *Hearing Date: February 21, 2024 @ 10:00 a.m.*
*Attorneys for David & Karen Acker*
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400
Robert L. Rattet, Esq.
Jonathan S. Pasternak, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

MARK STEVEN ACKER,                                Chapter 7
                                                  Case No. 22-22359 (SHL)

                                  Debtor.

-------------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF OBJECTION BY DAVID & KAREN ACKER TO TRUSTEE'S MOTION TO RETAIN LEE MILICH P.A. AS SPECIAL COUNSEL**

**TO THE HONORABLE SEAN H. LANE,**
**UNITED STATES BANKRUPTCY JUDGE:**

      David and Karen Acker (the "Ackers"), by their attorneys, Davidoff Hutcher & Citron LLP, hereby withdraw, without prejudice, their Objection to the application of Howard Magaliff, Chapter 7 trustee (the "Debtor") of the above captioned debtor Mark Steven Acker (the "Debtor"), to retain Lee Milich P.A. as special counsel to the Trustee ("Special Counsel") (the "Application").

1

Notwithstanding such withdrawal, the Ackers reserve all rights to (a) object to any applications for allowance of compensation filed by Special Counsel or (b) seek to disqualify Special Counsel in the future if cause is later discovered.

Dated: White Plains, New York
       February 13, 2024

DAVIDOFF HUTCHER & CITRON LLP

By: _/s/ Jonathan S. Pasternak_
Jonathan S. Pasternak
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400
jsp@dhclegal.com

*Attorneys for David & Karen Acker*