# EXHIBIT B

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                :
In re                           :    Chapter 7
                                :
MARK STEVEN ACKER,              :    Case No. 22-22359 (SHL)
                                :
        Debtor.                 :
                                :
-------------------------------------------------------------X

# ORDER PURSUANT TO LOCAL BANKRUPTCY RULE 2019-1 AUTHORIZING WITHDRAWAL OF GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP AS COUNSEL FOR DEBTOR

Upon the motion (the "**Motion**") of Golenbock Eiseman Assor Bell & Peskoe LLP (the "**Firm**"), counsel of record to Mark Steven Acker, the debtor (the "**Debtor**") in the above-captioned case, dated April 8, 2024, seeking entry of an order authorizing the Firm to withdraw as counsel of record for the Debtor; and upon the declaration of Jonathan L. Flaxer, a member of the Firm, sworn to April 8, 2024; and that upon finding that the notice provided by the Firm was appropriate under the circumstances and that no other notice need be given; and no objections to the relief requested in the Motion having been filed; and after due deliberation, and sufficient cause appearing therefor; it is

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the Firm is authorized to withdraw as counsel for the Debtor and that the Firm's appearance as counsel to the Debtor in this case be, and hereby is, withdrawn and terminated.

Dated: _____ \_\_\_, 2024

_____
Honorable Sean H. Lane