Jonathan L. Flaxer, Esq.
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
711 Third Avenue
New York, New York 10017
(212) 907-7300

*Counsel for Debtor Mark Steven Acker*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                    :
In re                                                               :    Chapter 7
                                                                    :
MARK STEVEN ACKER,                                                  :    Case No. 22-22359 (SHL)
                                                                    :
         Debtor.                                                    :
                                                                    :
-----------------------------------------------------------------X

### NOTICE OF PRESENTMENT OF ORDER PURSUANT TO LOCAL BANKRUPTCY RULE 2019-1 AUTHORIZING THE WITHDRAWAL OF GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP AS COUNSEL FOR DEBTOR

**PLEASE TAKE NOTICE** that, Golenbock Eiseman Assor Bell & Peskoe LLP ("**GEABP**") counsel to Mark Steven Acker (the "**Debtor**"), will present the proposed Order, annexed to the Motion as **Exhibit B,** pursuant to Rule 2090-1 of the Local Rules of the Bankruptcy Court for the Southern District of New York (the "**Local Bankruptcy Rules**"), authorizing the withdrawal of GEABP as counsel for the Debtor, for signature to the Honorable Sean H. Lane, United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **April 19, 2024 at 12:00 noon (prevailing Eastern Time)** in accordance with Local Bankruptcy Rule 9074-1(d).

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Order must be in writing, must conform to the Bankruptcy Rules and the Local Bankruptcy Rules, must set forth the name of the

objecting party, the basis for the objection and the specific grounds therefor, and must be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (General Order M-399 and the User's Manual for the Electronic Case Filing System may be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system, and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers of the Honorable Martin Glenn), and any objection must further be served upon: (i) Golenbock Eiseman Assor Bell & Peskoe LLP, 711 Third Avenue, 17th Floor, New York, New York 10017 (Attn: Michael S. Weinstein, Esq.); (ii) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014; and (iii) all other parties entitled to service in the above-captioned cases, so as to be received no later than **April 18, 2023 at 5:00 p.m. (prevailing Eastern Time). Unless objections are received by that time, there will not be a hearing, and the proposed Order may be signed.**

Dated: New York, New York
April 8, 2024

GOLENBOCK EISEMAN ASSOR BELL
 & PESKOE LLP

By: /s/ Jonathan L. Flaxer
Jonathan L. Flaxer, Esq.

711 Third Avenue
New York, New York 10017
(212) 907-7300

*Counsel for Debtor Mark Steven Acker*