Jonathan L. Flaxer, Esq.
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
711 Third Avenue
New York, New York 10017
(212) 907-7300

*Withdrawing Counsel for Debtor Mark Steven Acker*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In re                                                  Chapter 7

MARK STEVEN ACKER,                 Case No. 22-22359 (SHL)

                  Debtor.

-----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

**Heather Maxwell**, being duly sworn, deposes and says:

1. I am over the age of 18 years, and am not a party to this proceeding. I reside in Queens County, New York.

2. On April 9, 2024, I served the Motion to Withdraw as Attorney with Exhibits and the Notice of Presentment of Motion to Withdraw upon the parties listed on the attached service list vis First Class Mail, postage pre-paid.

                                                         _____
                                                         HEATHER MAXWELL

Sworn to me before this
18th day of April 2024

_____
Notary Public

ANN MARIE DELLATACOMA
Notary Public State of New York
No. 01DE6111281
Qualified in Richmond County
Commission Expires June 7, 2024

Howard P. Magaliff, Esq.
R3M Law LLP
335 Madison Avenue, 9th Floor
New York, NY 10017

Jeffrey K. Cymbler, Esq.
NYS Dept. of Taxation and Finance
15 MetroTech Center
Brooklyn, NY 11201

Donna Greenspan Solomon, Esq.
Solomon Appeals Mediation & Arbitration
901 So. Federal Hwy., Suite 300
Ft. Lauderdale, FL 33316
*Attorneys for Solomon Appeals*

Shannon Anne Scott, U.S. Trustee
Office of the United States Trustee SDNY
Alexander Hamilton Custom House
One Bowling Green, Suite 534
New York, NY 10004-1408

Jenelle C. Arnold, Esq.
Aldridge Pite LLP
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108
*Attorneys for PHH Mortgage Corp.*

Raquel Felix, Esq.
Robertson Anschutz Schneid Crane & Partners PLLC
6409 Congress Ave, Suite 100
Boca Raton, FL 33487
*Attorneys for PNC Bank*

Robert L. Rattet, Esq.
Jonathan S. Pasternak, Esq.
Davidoff Hutcher & Citron LLP
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
*Attorneys for David and Karen Acker*

Russell M. Yankwitt, Esq.
Yankwitt LLP
140 Grand Street, Suite 705
White Plains, New York 10601
*Attorneys for David and Karen Acker*

Mark Steven Acker
2305 Round Pointe Drive
Haverstraw, NY 10927