Jonathan L. Flaxer, Esq.
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
711 Third Avenue
New York, New York 10017
(212) 907-7300

*Withdrawing Counsel for Debtor Mark Steven Acker*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re : Chapter 7

MARK STEVEN ACKER, : Case No. 22-22359 (SHL)

Debtor. :

-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

**Heather Maxwell**, being duly sworn, deposes and says:

1. I am over the age of 18 years, and am not a party to this proceeding. I reside in Queens County, New York.

2. On May 28, 2024, I served the Notice of Hearing on Motion to Withdraw as Attorney upon the parties listed on the attached service list vis First Class Mail, postage pre-paid.

_____
HEATHER MAXWELL

Sworn to me before this
30th day of May 2024

_____
Notary Public



Howard P. Magaliff, Esq.
R3M Law LLP
335 Madison Avenue, 9th Floor
New York, NY 10017

Shannon Anne Scott, U.S. Trustee
Office of the United States Trustee SDNY
Alexander Hamilton Custom House
One Bowling Green, Suite 534
New York, NY 10004-1408

Robert L. Rattet, Esq.
Jonathan S. Pasternak, Esq.
Davidoff Hutcher & Citron LLP
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
*Attorneys for David and Karen Acker*

Jeffrey K. Cymbler, Esq.
NYS Dept. of Taxation and Finance
15 MetroTech Center
Brooklyn, NY 11201

Jenelle C. Arnold, Esq.
Aldridge Pite LLP
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108
*Attorneys for PHH Mortgage Corp.*

Russell M. Yankwitt, Esq.
Yankwitt LLP
140 Grand Street, Suite 705
White Plains, New York 10601
*Attorneys for David and Karen Acker*

Donna Greenspan Solomon, Esq.
Solomon Appeals Mediation & Arbitration
901 So. Federal Hwy., Suite 300
Ft. Lauderdale, FL 33316
*Attorneys for Solomon Appeals*

Raquel Felix, Esq.
Robertson Anschutz Schneid Crane &
Partners PLLC
6409 Congress Ave, Suite 100
Boca Raton, FL 33487
*Attorneys for PNC Bank*

Mark Steven Acker
2305 Round Pointe Drive
Haverstraw, NY 10927