IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, FLORIDA

PROBATE DIVISION

CASE NO.: 502008CP001929XXXXSB IX
IN RE:
THE ESTATE OF STANLEY ACKER

_____/

CASE NUMBER: 50 2014 CP 04382
DIVISION: IX

IN RE: MATTER OF IRREVOCABLE
LIFE INSURANCE TRUST, STANLEY
ACKER, GRANTOR, DATED
OCTOBER 1, 1987

_____/

**ORDER ON (i) KAREN ACKER AND DAVID ACKER'S MOTION REGARDING
PRESENTATION OF EVIDENCE; (ii) KAREN ACKER AND DAVID ACKER'S
MOTION FOR THE DISBURSEMENT OF ESTATE FUNDS; ATTORNEY SOLOMON'S
MOTION FOR CONTINUED RECOGNITION OF VALIDITY OF CHARGING LIEN;
AND (iii) ATTORNEY SOLOMON'S MOTION IN LIMINE AS
TO JUNE 17, 2024 CONTINUED EVIDENTIARY HEARING**

**THIS CAUSE** having come before the Court on special-set hearings on May 28, 2024

upon (i) Karen Acker and David Acker's Motion Regarding Presentation of Evidence on June 17,

2024, Attorney Fee Hearing Relating to I) June 24, 2022, Scheduling Order II) Solomon Law Firm

Charging Lien Order Against the Estate, and III) Objections to Solomon Amended Administration

Fees ("Motion Regarding Presentation of Evidence"); (ii) Karen Acker and David Acker's Motion

for the Disbursement of Estate Funds to Karen Acker and David Acker ("Motion for Disbursement

of Estate Funds"); (iii) Attorney Solomon's Motion for Continued Recognition of Validity of

Charging Lien ("Motion for Continued Recognition of Charging Lien"); and (iv) Attorney

Solomon's Motion in Limine as to June 17, 2024 Continued Evidentiary Hearing ("Motion in

Limine"), and the Court having reviewed the file, having heard argument of counsel, and with the

**EXHIBIT A**

Court being otherwise fully advised in the premises, it is:

**ORDERED AND ADJUDGED:**

1.      The Motion Regarding Presentation of Evidence is deemed **MOOT** as it pertains to Solomon's charging lien.

2.      The Motion Regarding Presentation of Evidence is **DENIED** as to allowing evidence into the June 17, 2024 continued evidentiary hearing that was not in the evidence docket as of the November 28, 2023 hearing.

3.      The Motion for Disbursement of Estate Funds is **DEFERRED** until the June 17, 2024 hearing.

4.      The Motion for Continued Recognition of Charging Lien is **GRANTED**. The Court recognizes the continued validity of Solomon's charging lien, which has attached to Mark Acker's share of the Estate/Trust that has been transferred to the Bankruptcy Trustee of the Debtor, Mark Acker.

5.      The Motion in Limine is **GRANTED IN PART.** Evidence that was not in the evidence docket as of the November 28, 2023 hearing shall not be allowed into evidence at the June 17, 2024 continued evidentiary hearing. Karen Acker and David Acker's expert witness disclosed prior to the November 28, 2023 hearing shall be allowed to testify.

**DONE** and **ORDERED** in Chambers, in West Palm Beach, Palm Beach County, Florida.

502008CP001929XXXXSB   05/30/2024
Samantha Schosberg Feuer   Circuit Judge

502008CP001929XXXXSB      05/30/2024
Samantha Schosberg Feuer
Circuit Judge

**Copies Furnished:**

## SERVICE LIST

Tasha Dickinson, Esq.
DAY PITNEY
One Clearlake Centre, Suite 1504
250 S Australian Ave
West Palm Beach, FL 33401-5018
*Court-Appointed co-Personal Representative of the Estate and co-Trustee of the Stanley Acker Revocable Trust and Trustee of the 1987 Trust*

Theodore S. Kypreos, Esq.
JONES, FOSTER, JOHNSTON & STUBBS, P.A.
Flagler Center Tower
505 South Flagler Drive, Suite 1100
West Palm Beach, FL 33401
tkypreos@jonesfoster.com
rgouz@jonesfoster.com
*Counsel for Tasha Dickinson. Court-Appointed co-Personal Representative of the Estate and co-Trustee of the Stanley Acker Revocable Trust*

Donna Greenspan Solomon, Esq.
Donna@SolomonAppeals.com SOLOMON APPEALS, MEDIATION & ARBITRATION
901 South Federal Highway, Ste. 300 Ft. Lauderdale, FL 33316
*Representative of and Attorney for Solomon Appeals, Mediation & Arbitration*

Lee Milich, Esq.
Leemilich@aol.com
milichlaw@gmail.com
Lee Milich, P.A.
6884 Queenferry Circle
Boca Raton, FL 33496
*Counsel for Howard P. Magaliff, Chapter 7 Trustee of the Debtor, Mark Acker*

Randolph M. Brombacher, Esq.
SAAVEDRA / GOODWIN
312 SE 17th Street, Second Floor
Fort Lauderdale, FL 33316
rbrombacher@saavlaw.com
service@saavlaw.com
*Co-Counsel for Karen Acker and David Acker, co-Personal Representatives and co-Trustees of the Estate of Stanley Acker Revocable Trust*

David Markarian, Esq.
THE MARKARIAN GROUP
2925 PGA Boulevard, Suite 204
Palm Beach Gardens, FL 33410
dave@forbusinessandlife.com
davidg@forbusinessandlife.com
*Co-Counsel for Karen Acker and David Acker, co-Personal Representatives and co-Trustees of the Estate of Stanley Acker Revocable Trust*